*Michael A. D'Amico,* in support of the petition.

*Robert J. Crean,* in opposition.

Decided February 8, 1990

ELIZABETH REPPLIER *v.* JACOB D. ZELDES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is dismissed.

*Mary F. Haddon,* in support of the petition.

*Karen Goodwin,* in opposition.

Decided February 21, 1990

ANELE R. HARRINGTON *v.* ALFRED T. HARRINGTON ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 492, is denied.

*Gordon R. Raynor,* in support of the petition.

Decided February 21, 1990

STATE OF CONNECTICUT *v.* DONALD SCOTT

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 513, is denied.

*Leopold P. DeFusco,* in support of the petition.

*Donald A. Browne,* state's attorney, in opposition.

Decided February 21, 1990